COY BRYANT AND WALTER JONES, *Plaintiffs in Error*, v. THE STATE OF FLORIDA, *Defendant in Error*.

Decision Filed February 19, 1924.

This case was decided by Division A.

A Writ of Error to the Circuit Court for Franklin County; E. C. Love, Judge.

*W. J. Oven*, for Plaintiffs in Error;

*Rivers Buford*, Attorney General, and *J. B. Gaines*, Assistant Attorney General, for the State.

PER CURIAM.—The only question presented is the sufficiency of the evidence to support the verdict.

The testimony for the State was uncontradicted and presents a strong case of circumstantial evidence against the defendants.

We fail to see how the jury could have found any other verdict than that of guilt.

The judgment is affirmed.

TAYLOR, C. J., AND ELLIS AND BROWNE, J. J., concur.